AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Moon Rocket Inc., Exotics on Roosevelt Corp., Smoker's World 1 Corp., Stz Convenience Shop Inc., Smoke Base Convenience Store Inc., Big Apple Convenience 2 Corp., Lush Convenience 161 Inc., Et al<br><br>*Plaintiff(s)*<br><br>v.<br><br>City of New York, Preston Niblack, Commissioner New York City Department of Finance, New York City Sheriff Anthony Miranda, Asim Rehman, Commissioner New York City Office of Administrative Trials and Hearings<br><br>*Defendant(s)* | Civil Action No.  1:24-cv-4519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Preston Niblack, Commissioner New York City Department of Finance
100 Church Street
New York, New York  10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lance Lazzaro
Lazzaro Law Firm, P.C.
Attorney for all Plaintiffs
360 Court Street
Brooklyn, New York  11231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/13/2024                                                      /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: