UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

MOON ROCKET INC., EXOTICS ON ROOSEVELT CORP., SMOKER'S WORLD 1 CORP., STZ CONVENIENCE SHOP INC., SMOKE BASE CONVENIENCE STORE INC., BIG APPLE CONVENIENCE 2 CORP., LUSH CONVENIENCE 161 INC., EMPIRE CITY SHOP INC., QUICK SMART CONVENIENCE CORP., MOTHER GASTON GOURMET DELI CORP., S & M SNACKS CORP., 555 DELI CORP., LOUD PACK NY CORP., 175 GRAND CONVENIENCE CORP., MAO SHOPPE CORP., 22 CONVENIENT SHOP CORP., 125 RED EYE INC., NOISE PACK CORP., VANWYCK MINI MARKET CORP., OMEGA CONVENIENCE INC., RUSH HOUR EXOTICS CORP., 1452 ALPHA INC., GENERAL ZAZA LLC, 64 ST. CONVENIENCE CORP., MOONSHOT EXOTIC CONVENIENT CORP., VEGAN MAGIC INC., and FIRST CHOICE CONVENIENCE CORP.,

**NOTICE OF APPEARANCE**

24-CV-4519 (JPO)

Plaintiffs,

- against –

CITY OF NEW YORK, PRESTON NIBLACK, COMMISSIONER NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY SHERIFF ANTHONY MIRANDA, AND ASIM REHMAN, COMMISSIONER NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS,

Defendants.
-------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Scali Riggs**, Assistant Corporation Counsel, on behalf of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, appears herein as counsel of record for defendants City of New York, New York City Department of

- 2 -

Finance Commissioner Preston Niblack, New York City Sheriff Anthony Miranda, and New York City Office of Administrative Trials and Hearings Commissioner Asim Rehman.

Dated: New York, New York
July 8, 2024

           MURIEL GOODE-TRUFANT
           Acting Corporation Counsel
           of the City of New York
           *Attorney for Defendants City, Niblack, Miranda, and Rehman*
           100 Church Street
           New York, New York 10007
           (212) 356-2197

By: \_\_\_/S_____
      Scali Riggs
      Assistant Corporation Counsel

cc:    Lance Lazzaro (By ECF)
       *Counsel for Plaintiffs*