**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOON ROCKET INC., *et al.,*

                    Plaintiff,

-against-                                      24 **CIVIL** 4519 (JPO)

## **JUDGMENT**

CITY OF NEW YORK, *et al.,*

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2025, Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2025

                                                    **TAMMI M HELLWIG**
                                                    **Clerk of Court**

                    **BY:**

                                                    **Deputy Clerk**