UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MOON ROCKET INC., et al.,

                Plaintiffs,

  – v. –

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------x

**NOTICE OF MOTION FOR RECONSIDERATION UNDER RULES 59(e) AND 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Case No.:
1:24-cv-4519 (JPO)

PLEASE TAKE NOTICE that upon accompanying Memorandum of Lance Lazzaro, dated April 18, 2025, Plaintiffs will move this Court, pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, before the Honorable J. Paul Oetken, United States District Court Judge, of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, on a date to be scheduled by the Court, for an Order to Reconsider the Court's March 21, 2025 Opinion and Order, granting Defendant's motion to dismiss for failure to state a claim, and for such other just and further relief as this Court may deem just and proper.

Dated: April 18, 2025

                                                LANCE LAZZARO

                                                Attorney for Plaintiffs
Lazzaro Law Firm, P.C.
360 Court Street, Suite 3
Brooklyn, New York 11231
(718) 488 – 1900 / (646) 533 – 8401
lazzarolaw@aol.com

TO:    CLERK OF THE COURT
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

HONORABLE J. PAUL OETKEN
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

AIMEE KARA LULICH
New York City Law Department
100 Church Street
New York, New York  10007
E-mail: alulich@law.nyc.gov

RACHEL KANE MOSTON
New York City Law Department
100 Church Street
New York, New York  10007
E-mail: rmoston@law.nyc.gov

SCALI RIGGS
New York City Law Department
100 Church Street
New York, New York  10007
E-mail: sriggs@law.nyc.gov

## CERTIFICATE OF SERVICE

On April 18, 2025, the undersigned, attorney for all Plaintiffs herein, electronically served the within **Notice of Motion for Reconsideration** and **Memorandum in support of the motion**, by uploading said documents to the United States District Court, Southern District of New York, e-filing system, ECF, upon the following attorneys for Defendants herein:

Aimee Kara Lulich
New York City Law Department
100 Church Street
New York, New York  10007
E-mail: alulich@law.nyc.gov

Rachel Kane Moston
New York City Law Department
100 Church Street
New York, New York  10007
E-mail: rmoston@law.nyc.gov

Scali Riggs
New York City Law Department
100 Church Street
New York, New York  10007
E-mail: sriggs@law.nyc.gov

Dated:   Brooklyn, New York
         April 18, 2025

                                            LANCE LAZZARO

                                            Attorney for Defendant
                                            Lazzaro Law Firm, P.C.
                                            360 Court Street, Suite 3
                                            Brooklyn, New York  11231
                                            (718) 488 – 1900
                                            lazzarolaw@aol.com